**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 09-cv-00590-JLK

UNITED STATES OF AMERICA,

      Petitioner,

v.

ERIN M. JENSEN,

      Respondent.

---

**FINAL ENFORCEMENT ORDER**

---

Having considered the United States' Petition To Enforce Internal Revenue Service Summonses and accompanying exhibits, this Court finds as follows:

1.      On September 19, 2008, the Internal Revenue Service ("IRS") issued a summons to Erin M. Jensen (hereafter "Respondent").

2.      The IRS Summons was issued to Respondent for a legitimate purpose - to obtain information for the purpose of determination of tax liability for the tax years ending December 31, 2006 and December 31, 2007.

3.      The above-listed tax periods were specified in the IRS summons served on Respondent.

4.      The testimony, records, and documents demanded by the IRS summons are not in the possession of the IRS.

5.      The administrative steps required by the Internal Revenue Code for the issuance of the summons have been met.

6.     As indicated in the Declaration of Service (Doc. 7), the Respondent was served on June 23, 2009 with: (1) an Order to Show Cause (Doc. 2) that was issued by the Court on March 19, 2009, and (2) a copy of the Petition (Doc. 1) with exhibits.  Respondent was also served this Court's Order (Doc. 6) resetting the hearing to June 26, 2009 at 3:00 p.m.

7.     As of this date, Respondent has failed to comply with the IRS summons.

8.     Respondent has failed to show sufficient cause as to why he should not be ordered to comply with the IRS summons.

IT IS THEREFORE ORDERED that Respondent shall comply with and obey the IRS summons served upon her by appearing at the IRS office at 56 Inverness Drive East, Englewood, Colorado, 80112 before Revenue Officer Cathy Rojas, telephone number (720) 956-4231, (or other location to be agreed upon by the parties), at a time to be agreed upon by the parties, but not later than **July 27, 2009**, to give testimony and to produce for examination and copying the records, documents, and other data demanded by the IRS summons.  Failure to comply with this Order may result in Respondent being found in contempt of court, in which case she may be fined or imprisoned.

Upon entry of this Order, this case shall be closed and Judgment shall be entered in favor of the Petitioner.

Dated this 26th day of June, 2009.

BY THE COURT:


*s/John L. Kane*
JOHN L. KANE
UNITED STATES DISTRICT JUDGE